COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ADRIANA NEVAREZ, | § | |
| | | No. 08-09-00143-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 34th District Court |
| JESUS CARRERA, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2009-1614) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). Appellant represents that the parties have reached an agreement to settle and requests that this Court dismiss the appeal. Appellee has not objected to the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which he would otherwise be entitled. We therefore grant Appellant's motion, and dismiss the appeal. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

December 16, 2009

Before Chew, C.J., McClure, and Rivera, JJ.